## MARTIN COLE, RESPONDENT, v. MATTHEW VAN KEUREN, APPELLANT.

1 *R. S.*, 501, § 1, *sub.* 3 — *order of commissioners as to a public highway — effect of.*

When the commissioners of highways of a town meet, and, it appearing to them that a certain road has been used as a highway for more than twenty years; order it to be ascertained and recorded, such order is not conclusive upon a person claiming that the said highway is a private road, and that he is the owner of the soil thereof. The statute (1 R. S., 501, § 1, sub. 3), does not authorize the commissioners to create or enlarge, but only to perpetuate, the evidence of a public right; the fact of dedication depends on the user.[*]

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury.

[*] People v. Judges of Cortland Co., 24 Wend., 491; Talmage v. Hunting, 39 Barb., 654; affirmed 29 N. Y., 447.

*S. L. Stebbins,* for the appellant.

*William Lounsbery,* for the respondent.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

JAMES, J., dissented.

Judgment affirmed.